PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
     Office of the General Counsel
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANDEN, | Case No. 2:16-cv-01267-EFB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE TIME IN THE COURT'S SCHEDULING ORDER FOR DEFENDANT TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys and with the approval of this Court, to extend the time in the Court's Scheduling Order for 30 days for Defendant to file her Answer to Plaintiff's Complaint and Certified Administrative Record (CAR) by November 30, 2016.

    There is good cause for this extension. Defendant's counsel discovered the CAR included two pages of confidential information of an individual other than Plaintiff. Defendant's counsel has requested that the agency's component responsible for preparing CARs, Office of Disability Adjudication and Review (ODAR), remove the two pages and create

Stip. & Prop. Order; 16-cv-01267       -1-

a modified CAR, and deliver a copy of the modified CAR to the United States Attorney's Office by mail so that Defendant can file it with the Court. Defendant respectfully requests this additional time for production and delivery of the copy of the modified CAR.

The parties also request that all other deadlines in the Court's Scheduling Order be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Date:   October 31, 2016          */s/ Jared T. Walker*\*
                                  JARED T. WALKER
                                  (*as authorized via email on October 31, 2016)

                                  Attorney for Plaintiff

Date:   October 31, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:     */s/ Timothy R. Bolin*
                                  TIMOTHY R. BOLIN
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED.

Dated:  November 3, 2016          _____
                                  HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge