Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
MICHAEL STANDEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL STANDEN, | Case No.: 2:16-cv-01267-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended thirty (30) days until February 16, 2017. This is Plaintiff's first request for an extension of time. Plaintiff's counsel is unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to counsel's current workload which currently involves an ongoing jury trial in San Joaquin County Superior Court that is expected to last through January 27, 2017.

///

///

///

///

///

///

///

| | |
|---|---|
| Dated: January 13, 2017 | Respectfully submitted, |
| | /s/ *Jared T. Walker* |
| | Jared T. Walker, |
| | Attorney for Plaintiff |

SO STIPULATED:

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

Dated: January 13, 2017                By:    /s/ *Timothy Bolin*
                                                      (*authorized by e-mail on 1/13/2017*)
                                                      Timothy Bolin
                                                      Special Assistant United States Attorney
                                                      Attorneys for Defendant

                                                     <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  January 17, 2017.                                   _____
                                                        HON. EDMUND F. BRENNAN
                                                        U.S. Magistrate Judge