Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
MICHAEL STANDEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL STANDEN, | Case No.: 2:16-cv-01267-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FINAL 7 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended seven (7) days until February 23, 2017. This will be Plaintiff's final request for an extension of time. Plaintiff's counsel has not prepared Plaintiff's opening brief in accordance with the current scheduling order due to multiple conflicting deadlines relative to counsel's current workload, which involved a Ninth Circuit oral argument this week, multiple district court briefs filed in other social security cases counsel is handling, and preparation of post-trial motions in a recently completed jury trial in state court. Counsel apologizes to the Court and defendant for any inconvenience this request for a final extension poses.

///

///

///

///

| | | |
|---|---|---|
| Dated: January 16, 2017 | | Respectfully submitted, |
| | | /s/ *Jared T. Walker* |
| | | Jared T. Walker, |
| | | Attorney for Plaintiff |

SO STIPULATED:

                                      PHILLIP A. TALBERT
                                      United States Attorney

Dated: January 16, 2017          By:   /s/ *Beatrice Na*
                                        (**authorized by e-mail on 2/16/2017*)
                                        Beatrice Na
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: February 21, 2017.

                                      HON. EDMUND F. BRENNAN
                                      U.S. Magistrate Judge