UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STANDEN,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

No.  2:16-cv-1267-EFB

ORDER TO SHOW CAUSE

    The court previously approved the parties' second stipulation to extend the date for plaintiff to file his motion for summary judgment and ordered plaintiff to file his motion by February 23, 2017.  ECF No. 16.  The deadline has passed and plaintiff has failed to file his motion for summary judgment.  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Accordingly, good cause appearing, it hereby ORDERED that:

    1.  Plaintiff shall show cause, in writing, within fourteen days of the date of this order, why sanctions should not be imposed for failure to timely file a motion for summary judgment.

    2.  Plaintiff shall file his motion for summary judgment within fourteen days of the date of this order.

1

3.  Failure of plaintiff to file a motion for summary judgment may result in dismissal of this action for lack of prosecution and/or failure to comply with court orders.

So Ordered.

DATED:  March 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE