PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL STANDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01267-EFB<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from April 21, 2017 to June 5, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload. Defendant's counsel is currently responsible for conducting discovery in a personnel-related litigation pending before the Equal Employment Opportunity Commission (EEOC), which required deposition of a key witness in the litigation and which further requires review of Complainant's

responses to agency's discovery requests and numerous documents in order to investigate the relevant facts.  Defendant's counsel is also responsible for an appellate brief for a Social Security case in the United States Court of Appeals for the Ninth Circuit, a bankruptcy case before the United States Bankruptcy Court for the Central District of California, and a representative sanctions matter, in addition to at least 35 district court cases in a variety of stages.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the 806-page record and to evaluate the issues Plaintiff raised, and to submit Defendant's response to Plaintiff's motion for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 20, 2017

*/s/ Jared Walker*\*
(\* As authorized via email on April 20, 2017)
JARED WALKER

Attorney for Plaintiff

Dated: April 20, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  April 25, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE