UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-cv-1267-EFB<br><br><br><br>ORDER |

Pursuant to the United States Court of Appeals for the Ninth Circuit's Mandate and Memorandum (ECF Nos. 29, 30), the September 25, 2016 judgment (ECF No. 25) is vacated and the matter is remanded to the Commissioner for further proceedings. The Clerk is directed to enter judgment in plaintiff's favor.

DATED: September 30, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE